IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMERICAN FAMILY ASSOCIATION PLAINTIFF

v. CASE No. 4:26-cv-493 JM

KIM CARMICHAEL and
RAQUEL STRINGFELLOW DEFENDANTS

JUDGMENT

For the reasons stated in the order entered on this day, the complaint is dismissed without prejudice.

IT IS SO ORDERED this 17th day of August, 2026.

United States District Court Judge